IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02188-RBJ-MEH

CLOVIS A. KAYE,

      Plaintiff,

v.

AUTOZONE, INC.,

      Defendant.

---

AMENDED ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

---

Pursuant to 28 U.S.C. § 636(b)(1)(A) through (C) and Fed.R.Civ.P. 72(a) and (b), and

D.C.COLO.LCivR 72.1C, United States Magistrate Judge Michael E. Hegarty is designated to

conduct proceedings in this civil action as follows:

(X ) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a
     scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

(X ) Conduct such status conferences and issue such orders necessary for
     compliance with the scheduling order, including amendments or
     modifications of the scheduling order upon a showing of good cause.

(X ) Hear and determine pretrial matters, including discovery and other
     non-dispositive motions.

(X) Conduct hearings, including evidentiary hearings, and submit proposed
     findings of fact and recommendations for rulings on dispositive motions.

(X) Alternative Dispute Resolution Authority: Court Sponsored alternative
     dispute resolution is governed by D.C.COLOCivR 16.6. On the
     recommendation or informal request of the magistrate judge, or on the
     request of the parties by motion, the Court may direct the parties to
     engage in an early neutral evaluation, a settlement conference, or another
     alternative dispute resolution proceeding.

( ) Conduct a pretrial conference and enter a pretrial order.

IT IS ORDERED that this civil action is referred to the named magistrate judge to

proceed according to the designations marked (X) above.

DATED this 2nd day of July, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge